**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RAYMOND HERNANDEZ,

    Plaintiff,

v.                                                       No. CV 20-379 JCH/CG

METROPOLITAN DETENTION
CENTER, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCIES

**THIS MATTER** is before the Court on Plaintiff's *Letter Regarding Civil Rights Violations*, (Doc. 1). Plaintiff is a detainee at the Metropolitan Detention Center ("MDC"). The letter raises civil rights claims based on MDC's failure to provide COVID-19 testing, masks, protective equipment, and cleaning supplies. (Doc. 1). The Court determines the filing is deficient, for two reasons. First, the letter was signed by 21 detainees, and there is no way to evaluate whether any individual is subject to an unreasonable risk of harm. If Plaintiff wishes to pursue civil rights claims, he must refile an individual complaint on the proper § 1983 form and allege facts demonstrating why his conditions of confinement are unconstitutional. Plaintiff must also prepay the $400 filing fee, or alternatively, file a motion to proceed *in forma pauperis* along with a six-month account statement. Plaintiff must cure both deficiencies within (30) days of entry of this Order. All filings must include Plaintiff's individual case number (CV 20-00379 JCH/CG). The failure to timely refile an individual § 1983 complaint <u>and</u> address the filing fee may result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that by May 27, 2020, Plaintiff shall: (1) refile his

claims on the proper § 1983 form; and (2) either prepay the $400 filing fee or, alternatively, file an *in forma pauperis* complaint along with an inmate account statement reflecting six months of transactions.

    **IT IS FURTHER ORDERED** that the Clerk's Office shall send Plaintiff a form § 1983 complaint and a form motion to proceed *in forma pauperis.*

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE