IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAYMOND HERNANDEZ,

    Plaintiff,

v.                                 CV No. 20-379 JCH/CG

CHIEF RICHARDSON, *et al*,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** comes before the Court *sua sponte* in connection with Plaintiff's *Amended Prisoner Civil Rights Complaint* (the "Complaint"), (Doc. 3), filed May 27, 2020. Plaintiff filed the Complaint while incarcerated at the Metropolitan Detention Center (the "MDC") in Albuquerque, New Mexico. The MDC inmate locator website reflects Plaintiff is no longer in custody, and he has not provided a current address as required by D.N.M. LR-Civ. 83.6. *See* https://gtlinterface.bernco.gov/custodylist/Results.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply will result in dismissal without further notice.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE